**66** THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER PATLER, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Brown, Weinstein and Spatt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PATTERSON, Appellant.

We agree with Criminal Term that the prompt on-the-scene showup was not unduly suggestive or violative of due process *(see, People v Love,* 57 NY2d 1023). Mollen, P. J., Mangano, Brown and Kunzeman, JJ., concur.